CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLETTE TCHOUANDOUM KONTCHOU,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-02586 CRB<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY; [~~PROPOSED~~] ORDER** |

    The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On December 5, 2025, the Court granted the parties' request to stay proceedings until January 5, 2026. Dkt. No. 16.  On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed December 30, 2025).  Per the memorandum, within 90-days after issuance of the memorandum, USCIS will issue operational guidance.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 7, 2026, at which time the parties will file a joint status report with the Court. At that time, the

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: January 2, 2026 

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: January 2, 2026

/s/ David O. Benham-Suk
DAVID O. BENHAM-SUK
Landerholm Immigration, APC
Attorney for Plaintiff

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until April 7, 2026.

Date: January 5, 2026

CHARLES R. BREYER
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.